September 6, 2023

To Whom It May Concern,

This letter is to confirm that on the morning of Thursday, August 31, 2023, Juan Hernandez was reporting to work at a job site at Verde Circle Substation, 3535 Wiseman Blvd, San Antonio Texas. Mr. Hernandez was parked on the street outside the gate waiting for the other employees and for the gate to be opened. Mr. Hernandez had been reporting to that same job site in the same manner for a couple of weeks.

If you have any questions, please do not hesitate to call me at 210-413-5891.

Sincerely,

Mark O Blandford
Owner and President
MB Metal Contracting, LLC